IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO. 5:16-CV-358-D

WORKPLACE OPTIONS, LLC f/k/a
WORKPLACE BENEFITS, LLC,

           Plaintiff,

v.

MORNEAU SHEPELL, LTD.,

           Defendant.

**ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL ALL EXHIBITS TO AFFIDAVIT OF MARY ELLEN GORNICK**

This the __18__ day of July, 2016, Workplace Option, LLC's ("WPO") Motion for Leave to File Under Seal certain exhibits to the Affidavit of Mary Ellen Gornick is hereby GRANTED and the following materials SHALL BE FILED UNDER SEAL:

All Exhibits to the Affidavit of Mary Ellen Gornick found at pages 12-56 of DE-2.

The Court further finds that:

1. The proposed sealed exhibits contain information of a confidential or proprietary nature that potentially could damage WPO's ability to conduct is business without being harmed by having its confidential business records and trade secrets disclosed;

2. The nature and quality of such material justifies sealing the proposed sealed documents because the information is protected from disclosure by applicable privileges and no alternative to sealing is adequate;

3. The nature and quality of such material justifies sealing the proposed sealed documents despite the competing interests of the public because the publication of such

information could harm WPO and could result in breach of existing confidentiality agreements and no alternative to sealing is adequate;

4. The parties' interests in maintaining the confidentiality of these documents and information override any constitutional or common law right of public access which may attach to the documents and/or information at issue.

THEREFORE, it is ORDERED that all exhibits to the Affidavit of Mary Ellen Gornick may be filed under seal and shall remain sealed until otherwise ordered by this Court.

SO ORDERED, this **18** day of July 2016.

JAMES C. DEVER III
Chief United States District Judge